# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SALMA AGHA-KHAN,**<br><br>Debtor.<br><br>**SALMA AGHA-KHAN,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, et al.,**<br><br>Defendants. | 1:17-cv-0011-LJO<br><br>**ORDER TO SHOW CAUSE WHY REFERENCE TO ADVERSARY PROCEEDING SHOULD NOT BE WITHDRAWN AND TRANSFERRED TO THIS COURT** |

   Chief Bankruptcy Judge Ronald Sargis has filed a recommendation that the District Court withdraw reference of this adversary proceeding under 28 U.S.C. § 157(d). The bankruptcy debtor is the plaintiff in this adversary proceeding. The substance of the complaint concerns the reopening of plaintiff's bankruptcy case; Bankruptcy Judges Frederick Clement and Richard Lee, both of whom sit in this Court's Fresno division, are among the many defendants. The parties are ordered to show cause in writing by February 6, 2017, why reference to this adversary proceeding should not be withdrawn and transferred to this Court under 28 U.S.C. §§ 1404 and 1412.

   In addition all parties are cautioned that informal contacts made to the chambers of a judge are ethically forbidden and will be dealt with seriously and severely.

IT IS SO ORDERED.

   Dated:   **January 6, 2017**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE