UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHA-KHAN, | 1:17-CV-11-LJO |
| Plaintiff, | REQUEST FOR U.S. ATTORNEY'S OFFICE TO PROSECUTE CRIMINAL CONTEMPT |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

The Court has ordered Plaintiff Salma Agha-Khan to show cause why he should not be held in criminal contempt for language contained in her filings. Pursuant to Federal Rule of Criminal Procedure 42(a)(2), the Court requests that the U.S. Attorney's Office for the Eastern District of California prosecute the contempt. The Court has set a status conference on Tuesday, February 28, 2017, at 8:30A.M. to schedule a substantive hearing on the matter. The Court requests that the U.S. Attorney's Office inform the Court by February 20, 2017, whether it will prosecute this case and, if so, confirm attendance at the February 28, 2017 status conference.

IT IS SO ORDERED.

Dated:   **February 9, 2017**           /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE