PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
KIRK E. SHERRIFF
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHA-KHAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 1:17-CV-0011 LJO<br><br>RESPONSE TO REQUEST FOR<br>U.S. ATTORNEY'S OFFICE TO PROSECUTE<br>AND PROPOSED ORDER FOR CONTINUANCE<br>OF TIME TO RESPOND |

　　　　The Court has requested that this Office indicate by February 20, 2017 whether it will prosecute the contempt proceeding in this case. As this Office previously represented the bankruptcy judge defendants and other federal parties in another case brought by the plaintiff, and anticipated that it would be called upon to represent the federal defendants in the pending adversary proceeding, the Office sought further guidance from the Department of Justice regarding the Court's request. On February 17, 2017, the Department of Justice formally recused this Office from the pending contempt proceeding and assigned the Court's request to the United States Attorney's Office for the Northern District of California (the "Northern District"). The Department of Justice further authorized the Northern District to act on the Court's request with the authority ordinarily allowed by law to this Office.

　　　　This Office has been in contact with Assistant United States Attorney Gary G. Fry of the Northern District, who will be responding to the Court's request. AUSA Fry requires additional time to evaluate this matter before responding to the Court's request. The United States therefore requests a

one-week extension, through and including **February 27, 2017**, to file a Response.  AUSA Fry may file a further request for a continuance.  However, at this time, the United States is not seeking a continuance of the February 28, 2017 status conference date.  AUSA Fry will be present in Fresno for another matter on that date and believes that continuing that status conference is not necessary at this time.  A proposed order continuing the date for the Response appears below.

Dated:  February 17, 2017

                                      Respectfully Submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                              By:   /s/ Michael G. Tierney
                                    MICHAEL G. TIERNEY
                                    KIRK E. SHERRIFF
                                    Assistant U.S. Attorneys

**O R D E R**

The United States Attorney's Office for the Northern District of California is requested to inform the Court by February 28, 2017, whether it will prosecute the contempt referral in this matter.

IT IS SO ORDERED.

Dated:  **February 17, 2017**            /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE