# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE CONTEMPT OF SALMA AGHA-KHAN, Plaintiff | 1:17-CV-011-DAD<br><br>ORDER PURSUANT TO STATUS CONFERENCE RE CRIMINAL CONTEMPT |

On February 9, 2017, the Court issued an Order to Show Cause re Criminal Contempt ("OSC"), explaining that the Court "the Court will hold a hearing to determine whether Plaintiff should be held in criminal contempt for the language contained in [her] filings in this case." Doc. 4 at 1. The Court set a status conference for the matter on March 22, 2017. Doc. 22.

At the status conference, the U.S. Attorney's Office stated that it is still evaluating whether it will proceed with the Court's request to prosecute Plaintiff for contempt, and requested more time to commit.

As explained on the record in open Court during that status conference, Plaintiff emailed the undersigned's judicial assistant on the morning of March 22, 2017,[1] stating: "This request for injunctive relief [attached as a PDF document] was filed with Ninth Circuit on March 06, 2017. A copy was mailed to Judge O'Neill. Thus today's hearing Re: Criminal Contempt should be off the calendar. Also Appeal was sent to Supreme Court for filing." The undersigned's judicial assistant responded: "Filing the motion does not stay the proceedings in this court. Please be advised, if you do not appear for your hearing today, Judge O'Neill will be issuing a bench warrant for your arrest." Plaintiff responded: "Thanks. But he has no jurisdiction as he is not a Judge on my case. So he is acting as an individual and

---

[1] The email chain between Plaintiff and the undersigned's judicial assistant are attached to this Order.

1

is threatening me. This is what I was told by certain investigating authorities."

Plaintiff did not appear at the status conference. Accordingly, the Court issued a warrant for her arrest with bail set at $50,000.

The Court will hold a status conference for April 11, 2017, at 10:00A.M. to discuss the U.S. Attorney's Office's prosecutorial position and how the parties intend to proceed. The Plaintiff is encouraged to have counsel at that hearing.

IT IS SO ORDERED.

Dated: **March 22, 2017**                **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE



Re: FYI
Salma Agha
to:
NHayen
03/22/2017 08:57 AM

Hide Details

From: Salma Agha <salmahagha@aol.com>
To: NHayen@caed.uscourts.gov
History: This message has been forwarded.

Thanks. But he has no jurisdiction as he is not a Judge on my case. So he is acting as an individual and is threatening me. This is what I was told by certain investigating authorities.


-----Original Message-----
From: NHayen <NHayen@caed.uscourts.gov>
To: Salma Agha <salmahagha@aol.com>
Sent: Wed, Mar 22, 2017 7:46 am
Subject: Re: FYI

Dr. Agha-Khan,

Filing the motion does not stay the proceedings in this court. Please be advised, if you do not appear for your hearing today, Judge O'Neill will be issuing a bench warrant for your arrest.


Natalie A. Hayen
Judicial Assistant and Staff Attorney to
Chief District Judge Lawrence J. O'Neill
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, California 93721
559.499.5793


| From: | Salma Agha <salmahagha@aol.com> |
|---|---|
| To: | nhayen@caed.uscourts.gov |
| Date: | 03/22/2017 06:26 AM |
| Subject: | FYI |


Good Morning,

This request for injunctive relief was filed with Ninth Circuit on March 06, 2017 A copy was mailed to Judge O'Neill. Thus today's hearing Re: Criminal Contempt should be off the calendar. Also Appeal was sent to Supreme Court for filing.

Thanking You,
Salma Agha-Khan, MD.[attachment "Appeal_Doc60_Emergency_Motiion_TRO_3_6_2017.pdf" deleted by Natalie Hayen/CAED/09/USCOURTS]