UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALMA AGHA-KHAN,

    Plaintiff,

    v.

BANK OF AMERICA, et al.,

    Defendants.

No. 1:17-cv-00011-DAD

ORDER ON PRO SE FILINGS

Plaintiff Salma Agha-Khan initially brought this action proceeding *in propria persona*. (Doc. No. 1 at 10–61.) However, on April 7, 2017, attorney Joseph Shemaria filed a notice indicating that he was appearing as retained counsel of record on behalf of plaintiff Salma Agha-Khan in this action. (Doc. Nos. 56 and 57.) Despite now being represented by counsel in this civil action, on April 12, 2017, plaintiff Agha-Khan nonetheless lodged with the court a multitude of documents on her own behalf.

A litigant who is represented by counsel is not entitled to file documents with the court on their own behalf. *See Franklin v. Knowles*, 428 Fed. Appx. 777, at *1 (9th Cir. 2011)[1] ("Because appellant is represented by counsel, only counsel may submit filings."); *Meador v. Hammer*, No. 2:11-cv-3342 KJM AC P, 2015 WL 1238363, at *2 (E.D. Cal. Mar. 16, 2015) ("[P]laintiff has

---

[1] Citation to this unpublished Ninth Circuit opinion is appropriate pursuant to Ninth Circuit Rule 36–3(b).

1

previously been warned that pro se filings will be disregarded so long as he is represented by counsel. . . . For these reasons, the court will disregard plaintiff's pro se filing."); *Reiffin v. Microsoft Corp.*, No. C 98-0266 WHA, 2011 WL 2359059, at *1 (N.D. Cal. June 10, 2011) ("[P]laintiff . . . himself—despite being represented by counsel—made a series of 'pro se' filings in the district court. These filings, which have since been stricken as improper . . . .")

      The court therefore declines to accept for filing the documents lodged by plaintiff on her own behalf since the appearance of counsel on her behalf in this action. The court recommends to plaintiff that she submit any such documents to her counsel for review. All court filings with the court made on behalf of plaintiff must be submitted by her counsel of record. Any documents submitted by plaintiff on her own behalf will not be filed on the docket and will be disregarded by the court.

IT IS SO ORDERED.

Dated: **April 14, 2017**

                                                UNITED STATES DISTRICT JUDGE