**LAW OFFICES OF JOSEPH SHEMARIA**
**Joseph Shemaria, Esq., State Bar # 47311**
**270 N. Canon Drive, Suite 300**
**Beverly Hills, CA 90210**
**Telephone: (310) 278-2660**
**Email: lalawyr1@gmail.com**

**Attorney for Plaintiff,**
**SALMA AGHA-KHAN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

<u>**IN CAMERA AND UNDER SEAL**</u>

| | |
|---|---|
| SALMA AGHA-KHAN, | CASE NOS. 17-cv-00011-LJO |
| | 17-mc-00022-LJO |
| Plaintiff, | |
| vs. | |
| | **ORDER ON REQUEST TO FILE** |
| BANK OF AMERICA, et al. | **DOCUMENTS UNDER SEAL** |
| Defendants. | |
| IN RE: SALMA AGHA-KHAN | |
| ON CONTEMPT | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Plaintiff's EX PARTE APPLICATION FOR ORDER ALLOWING COUNSEL TO WITHDRAW; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOSEPH SHEMARIA; and ORDER ALLOWING COUNSEL TO WITHDRAW may be filed in camera and under seal and the EX PARTE APPLICATION FOR

-1-

Agha-Khan v. Bank of America et al
IN RE: Salma Agha-Khan on Contempt
ORDER ON REQUEST TO FILE DOCUMENTS UNDER SEAL
Case Numbers.        17-cv-00011-LJO        17-mc-00022-LJO

ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL AND IN CAMERA and DECLARATION OF JOSEPH SHEMARIA, as well as the attached ORDER GRANTING PLAINTIFF'S COUNSEL'S APPLICATION FOR ORDER ALLOWING DOCUMENTS TO BE FILED IN CAMERA AND UNDER SEA shall be filed under seal.

IT IS SO ORDERED.

Dated: **April 24, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

-2-

Agha-Khan v. Bank of America et al
IN RE: Salma Agha-Khan on Contempt
ORDER ON REQUEST TO FILE DOCUMENTS UNDER SEAL
Case Numbers.    17-cv-00011-LJO    17-mc-00022-LJO