# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONTEMPT OF SALMA AGHA-KHAN,<br><br>**Plaintiff** | 1:17-mc-0022-LJO<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST TO WITHDRAW** |

Counsel for Plaintiff, Mr. Joseph Shemaria, has applied to withdraw from representing Plaintiff. For the reasons stated in his application, including but not limited to the attachment of his client's email concerning representation, his request to withdraw is GRANTED. The $50,000 bail arrest warrant for the arrest of Salma Agha-Khan remains outstanding.

IT IS SO ORDERED.

Dated: **April 25, 2017**         /s/ Lawrence J. O'Neill
                            UNITED STATES CHIEF DISTRICT JUDGE